United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-14794-ref
Jessica M. Levy                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: Dec 10, 2018
                             Form ID: 138NEW         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
```
db            +Jessica M. Levy,    69 Pebble Creek Drive,    Lititz, PA 17543-7675
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13067044      +AES,    1200 N 7th Street,    Harrisburg, PA 17102-1419
13067045      +Bank of America,    POB 15019,    Wilmington, DE 19850-5019
13067046      +Barbara Daggett,    217 S. Broad St.,    Lititz, PA 17543-2305
13067047      +Bruce Pierce,    3051 Pleasant View Drive,    Manheim, PA 17545-9647
13286873      +Carrington Mortgage Services, LLC,    1610 East Saint Andrew Place,    Suite B150,
                Santa Ana, CA 92705-4931
13067048      +Chase Card Services,    P.O.Box 15153,    Wilmington, DE 19850-5153
13067049      +Christine Pierce,    3051 Pleasant View Drive,    Manheim, PA 17545-9647
14233314       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13084859      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13067051       Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
13067052      +JP Morgan Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
13847676      +JP Morgan Chase Bank, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13141227      +JPMorgan Chase Bank, National Association,    Chase Home Finance, LLC,    Attn: OH4-7302,
                3415 Vision Drive,    Columbus, OH 43219-6009
13093782      +John A. DiGiamberardino, Esquire,    845 N. Park Road, Ste. 101,    Wyomissing, PA 19610-1342
13123077      +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
13067053      +Lancaster General Hospital,    555 N. Duke St.,    Lancaster, PA 17602-2207
13109660      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13067055      +Warwick Township,    315 Clay Rd.,    Lititz, PA 17543-9019
13085136       Wells Fargo Bank, N.A.,,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                Irvine, CA 92623-9657
13067056      +Wells Fargo Dealer Services,    POB 25344,    Santa Ana, CA 92799-5344
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2018 02:26:24     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13067043      +E-mail/Text: amscbankruptcy@adt.com Dec 11 2018 02:26:38     ADT Security Services,
                POB 650485,    Dallas, TX 75265-0485
13067050       E-mail/Text: mrdiscen@discover.com Dec 11 2018 02:25:50     Discover,    P.O. Box 71084,
                Charlotte, NC 28272-1084
13073672       E-mail/Text: mrdiscen@discover.com Dec 11 2018 02:25:50     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13174147       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:30:08
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13067054       E-mail/PDF: pa_dc_claims@navient.com Dec 11 2018 02:29:44     Sallie Mae Servicing,
                P.O. Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: Lisa                    Page 2 of 2                   Date Rcvd: Dec 10, 2018
                               Form ID: 138NEW               Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Jessica M. Levy jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Carrington Mortgage Services, LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jessica M. Levy
      Debtor(s)                                       Bankruptcy No: 13–14794–ref
                                                               Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        400 Washington Street
                              Suite 300
                            Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 12/10/18

                                                                                       57 – 56
                                                                                Form 138_new